**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

---

STACY PADGETT and
TERRY ASHLEY-PADGETT,                        CASE NO. _____

        Plaintiffs,

                                                    Judge _____

vs.

CERTEGY CHECK SERVICES, INC.,

        Defendant.

---

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(FEDERAL QUESTION)**

---

    PLEASE TAKE NOTICE that Defendant Certegy Check Services, Inc. ("Certegy") hereby removes to this Court the state court action described below.

    1.    On December 16, 2008, Plaintiffs Stacy Padgett and Terry Ashley-Padgett (collectively "Plaintiffs") commenced an action in the Lincoln County, Kentucky Circuit Court, entitled and captioned: *Stacy Padgett and Terry Ashley-Padgett vs. Certegy Check Services, Inc.* A copy of the Summons and Complaint in the State Court Action received by Defendant is attached and marked as Exhibit "A".

    2.    This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Certegy pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges, *inter alia*, violations of 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA").

3. The Defendant was served in this matter via certified mail on January 21, 2009. As defendant was served on January 21, 2009, this removal is timely pursuant to 28 U.S.C. § 1446(b).

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiffs and to the clerk of the Lincoln County, Kentucky, Circuit Court, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Lincoln County, Kentucky, Circuit Court, be removed to this Honorable Court.

DATED this 16th day of February, 2009.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted: |
|  | /s/ Kevin Ray Feazell |
| Cors & Bassett, LLC | Kevin Ray Feazell |
| 537 East Pete Rose Way | 537 East Pete Rose Way |
| Suite 400 | Suite 400 |
| Cincinnati, Ohio  45202-3578 | Cincinnati, OH  45202-3578 |
|  | 513-852-8200 phone |
|  | 513-852-8222 fax |
|  | krf@corsbassett.com |
|  |  |
|  | Trial Attorney for Defendant |
|  | Certegy Check Services, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following, who will also be served by ordinary U.S. Mail postage prepaid:

Katherine K. Yunker
Yunker & Associates
P.O. Box 21784
Lexington, KY 40522-1784

/s/ Kevin Ray Feazell

327324.1