UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-052-JBT

STACY PADGETT, ET AL.,                                                                     PLAINTIFFS

V.  **ORDER AND JUDGMENT**

CERTEGY CHECK SERVICES, INC.,                                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \*

The record reflects that on July 28, 2009, pursuant to Fed.R.Civ.P. 68, defendant made an Offer of Judgment to plaintiffs and that on August 10, 2009, plaintiffs accepted said Offer of Judgment.

The court being duly advised,

**IT IS HEREBY ORDERED** and **ADJUDGED** that:

1. Plaintiff Stacy Padgett is awarded Judgment against defendant Certegy Check Services, Inc., in the amount of One Thousand Dollars ($1,000.00).

2. Plaintiff Terry Ashley-Padgett is awarded Judgment against defendant Certegy Check Services, Inc., in the amount of One Thousand Dollars ($1,000.00).

3. Plaintiffs are awarded their reasonable attorney's fees and costs to be agreed upon by counsel or to be determined subsequently by the court in the event counsel are unable to reach an agreement as to plaintiffs' attorney's fees.

4. The parties are given thirty (30) days from the date of this Order in which to (a) file a Notice of Satisfaction of Judgment, and (b) reach an agreement as to plaintiffs' attorney's fees and costs or, in the alternative, to apply to the court for an award of attorney's fees to the plaintiffs.

5. This action is hereby **DISMISSED** and **STRICKEN** from the active docket.

6. The pretrial conference scheduled for April 12, 2010 at 9:00 a.m. and the jury trial scheduled for May 10, 2010 at 9:00 a.m., are **CANCELED**.

This 31st day of August, 2009.

Signed By:
*James B. Todd*
United States Magistrate Judge